JARVES DEONDRE SHELBY
3831 HENDERSON RD
BYRAM, MS 39272

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

BRIDGECREST ACCEPTANCE
ATTN: BANKRUPTCY
PO BOX 53087 SUITE 100
PHOENIX, AZ 85072

CAPITAL BANK N.A.
2275 RESEARCH BLVD
STE 600
ROCKVILLE, MD 20850

HOPE FCU
1 CORPORATE DR
LAKE ZURICH, IL 60047

LVNV FUNDING LLC
 ATTN: BANKRUPT
PO BOX 1269
GREENVILLE, SC 29602

MEMBERS EXCHANGE
P.O. BOX 31049
JACKSON, MS 39286-1049

SUMMIT MANAGEMENT GROU
P.O. BOX 489
MILAN, TN 38358

TWIN CITY TRAILERS
P.O. BOX 5117
SOUTH FULTON, TN 38257