## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JARVES DEONDRE SHELBY | ) | |
| | ) | |
| | ) | |
| | ) | Case Number: 26-01034-JAW |
| | ) | |
| DEBTOR. | ) | Chapter 13 |

## OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

COMES NOW CREDITOR, TWIN CITY RENTALS, LLC, owner of an executory contract/unexpired lease agreement for a utility trailer (See "Rental Agreement"; attached hereto) with Debtor, Jarves Shelby, and hereby makes objection to Debtor's proposed Chapter 13 Plan as follows:

1.      On or about September 22, 2023, Jarves Shelby ("Debtor"), entered into an executory contract/lease agreement ("Rental Agreement"; attached hereto) with BHR Management, LLC, as Lessor, for the lease of a 6 x 18 Utility Trailer (VIN # 7NRBF1826PFO13147). (See "Rental Agreement"; attached hereto).  All right, title and interest in and to the subject utility trailer and the Rental Agreement were assigned to TWIN CITY RENTALS, LLC, on September 23, 2023.

2.      Creditor, TWIN CITY RENTALS, retains an ownership interest in the leased utility trailer; to wit: (1) 6 x 18 Utility Trailer (VIN # 7NRBF1826PFO13147), located at 3831 Henderson Road, Jackson, Mississippi 39272, or wherever found.

(See "Rental Agreement"; attached hereto).

3.      The Rental Agreement (Lease) is terminable at the option of the consumer/renter without any additional fee or charge (accrued charges/rental payments due remain), by

voluntary surrender of the storage utility trailer. Moreover, the contract explicitly provides that Mr. Shelby will not acquire ownership of the trailer unless all required payments are made. Accordingly, the subject Rental Agreement is properly considered an executory contract/unexpired lease and is due to be either assumed, with prompt cure of all arrearage amounts, or rejected and surrendered, pursuant to 11 U.S.C. § 365. Debtor has incorrectly listed the agreement on the utility trailer as a secured debt in his proposed Plan.

4.      Moreover, Debtor has failed to make the required rental payments as called for under the Rental Agreement with Creditor and is, therefore, in default.

5.      Accordingly, Debtor's proposed Plan is due to be denied and Debtor must amend his Plan and either assume, with prompt cure of all arrearage amounts, or reject the lease with Creditor, pursuant to 11 U.S.C. § 365.

**WHEREFORE**, Creditor, TWIN CITY RENTALS, LLC, respectfully requests that an Order be entered:

(a)      Denying confirmation of Debtor's proposed amended plan; and/or

(b)      Requiring Debtor to amend his Plan to either assume, with prompt cure of all arrearage amounts on the subject lease with Creditor, or to reject the lease and surrender the utility trailer; and

(c)      Awarding TWIN CITY RENTALS, LLC any and all such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this the 14th day of May 2026.

/s/ Patrick O. Gray
Patrick O. Gray,
Attorney for Creditor,
TWIN CITY RENTALS, LLC

**OF COUNSEL:**
Patrick O. Gray
Gray Law Group
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
Email: patrick@gray-lawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 14th day of May, 2026, filed electronically and served a copy of the foregoing Motion by ECF (as indicated) and by U.S. Mail (as indicated) on:

Via ECF

Debtor's Attorney
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com
Via Regular Mail

Debtor:
Jarves Shelby
3831 Henderson Rd
Byram, MS 39272

Via ECF

Trustee:
Torri Parker Martin
Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201
601-981-9100
Email: tpm@tpmartinch13.com
Creditor Matrix (attached)

/s/ Patrick O. Gray
Of Counsel

Label Matrix for local noticing
0538-3
Case 26-01034-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Wed May 13 14:08:39 CDT 2026

Bridgecrest Acceptance Corporation, c/o AIS
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Hope Federal Credit Union
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Bridgecrest Acceptance
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072-3087

Bridgecrest Acceptance Corporation
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital Bank N.A.
2275 Research Blvd
Ste 600
Rockville, MD 20850-6238

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

Karen A. Maxcy, Esq.
McCalla Raymer Leibert Pierce, LLP
for Hope Federal Credit Union
1544 Old Alabama Rd
Roswell, GA 30076-2102

LVNV Funding LLC
Attn: Bankrupt
Po Box 1269
Greenville, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Members Exchange
P.O. Box 31049
Jackson, MS 39286-1049

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

Regions Bank
PO Box 10063
Birmingham AL 35202-0063

Summit Management Grou
P.O. Box 489
Milan, TN 38358-0489

Twin City Trailers
P.O. Box 5117
South Fulton, TN 38257-0117

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Volunteer Buildings, LLC
c/o Hagwood and Tipton, P.C.
PO BOX 726
Paris, TN 38242-0726

Jarves Deondre Shelby
3831 Henderson Rd
Byram, MS 39272-4411

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankrupt
200 North Congress Street, Ste. 400
Jackson, MS 39201-1902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Hope Fcu
1 Corporate Dr
Lake Zurich, IL 60047

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20