MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:  JARVES DEONDRE SHELBY

Case No.: 26-01034-JAW

_Debtor(s)_

Chapter: 13

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Twin City Rentals, LLC _____ , a
[Name of Corporate Party]

[Check One]

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

OR

[✔] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 05/15/2026

Attorney Signature

Patrick O. Gray

104030

Attorney Name

State Bar Number

1490 Northbank Pkwy #263
Address

Tuscaloosa, AL 35406
City, State, and Zip Code

205 469 7905
Telephone Number

patrick@gray-lawgroup.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**