<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor 1   Jarves Deondre Shelby

Debtor 2  
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN    District of   MISSISSIPPI
                                                                  (State)

Case number   26-01034-JAW

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**     Hope Federal Credit Union         Court claim no. (if known)         5

**Last four digits** of any number you      XXXXXX0248
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

| **Part 1:** | **Itemize Postpetition Fees, Expenses, and Charges** |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 6/11/2026 | (5) | $ 200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: Plan Review | 4/29/2026 | (11) | $ $100.00 |
| 12. Other. Specify: POC 410a History | 6/11/2026 | (12) | $ $50.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Jarves Deondre Shelby      Case number (*if known*)    26-01034-JAW
       First Name    Middle Name    Last Name

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    */s/Denise  Carlon*           Date    06/15/2026
     Signature

Print:    Denise           Carlon      Title    Authorized Agent
      First Name     Middle Name     Last Name

Company    McCalla Raymer Leibert Pierce, LLP

Address    1544 Old Alabama Road
      Number      Street
      Roswell      GA      30076
      City       State       ZIP Code

Contact phone    848-325-2981          Email    Denise.Carlon@mccalla.com

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      p a g e **2**

B 10 (Supplement 2) (12/11)                                      Case:                                                    Page  3

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                          )
                                                    )     **Case No.** 26-01034-JAW
Jarves Deondre Shelby                               )     **Chapter** 13
                                                    )
                                                    )     **JUDGE:** Jamie A. Wilson

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Other | | | | $100.00 |
| | 04/29/2026 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 | |
| Other | | | | $50.00 |
| | 06/11/2026 | Preparation of the POC 410A History | $50.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $200.00 |
| | 06/11/2026 | Preparation and Filing of Proof of Claim | $200.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                          **$350.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11
U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

B 10 (Supplement 2) (12/11)                     Case:                                    Page  4

In Re:                                       Bankruptcy Case No.: 26-01034-JAW
                                             Chapter:             13
        Jarves Deondre Shelby                Judge:               Jamie A. Wilson

## CERTIFICATE OF SERVICE

I, Denise  Carlon, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jarves Deondre Shelby
3831 Henderson Rd
Byram, MS 39272

Thomas Carl Rollins, Jr                   *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin                       *(Served via ECF Notification)*
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee                     *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   07/02/2026    By:   */s/Denise  Carlon*
                  (date)            Denise  Carlon
                                    Authorized Agent for Creditor