---

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
**JARVES DEONDRE SHELBY,**                          **CASE NO. 26-01034-JAW**


**DEBTOR.**                                          **CHAPTER 13**


## <u>ORDER RESETTING HEARING</u>

This matter came on this date on the Objection to Confirmation of Debtor's Proposed Plan filed by Twin City Rentals, LLC (the "Objection") (Dkt. #17).  The Court, having considered the facts herein, finds that the hearing (the "Hearing") on August 17, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection hereby is continued and reset for September 28, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693