**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JARVES DEONDRE SHELBY** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | **CASE NO: 26-01034-JAW** |
| | ) | **CHAPTER 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**NOW COMES**, Michael E. Phillips of the firm Hagwood and Tipton, PC, and gives notice to the Court and to all parties of his appearance as counsel of record for Volunteer Buildings, LLC.

**REQUEST** is further made by counsel, pursuant to FED. R. BANKR. P. 2002, that all pleadings, notices, and any other papers filed or submitted in this case be addressed to Hagwood and Tipton, PC, P.O. Box 726, Paris, TN 38242, and that its address be added to the Clerk's list of Creditors.

**RESPECTFULLY SUBMITTED**, this the 10th day of September, 2026.

Volunteer Buildings, LLC.
HAGWOOD AND TIPTON, PC

BY: /s/ Michael E. Phillips
Michael E. Phillips (MSBN 100119)
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: 601-608-6300
Facsimile: 601-362-3642
Email: mphillips@hatlawfirm.com
*Attorney for Volunteer Buildings, LLC.*

## CERTIFICATE OF SERVICE

I do hereby certify that on this date I served a copy of the foregoing upon counsel of record by having employees of Hagwood and Tipton, PC, acting at my direction, file the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record as follows:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
*Attorney for Debtor*

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201
*Trustee*

And, via U. S. Mail, postage prepaid and properly addressed to the following non-ECF recipient:

Jarves Deondre Shelby
3831 Henderson Rd
Byram, MS 39272
*Debtor*

This, the 10th day of September, 2026.

*/s/ Michael E. Phillips*
Michael E. Phillips