**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JARVES DEONDRE SHELBY** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | **CASE NO: 26-01034-JAW** |
| | ) | **CHAPTER 13** |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Volunteer Buildings, LLC ("Petitioner") files this Motion for Relief from the Automatic Stay ("Motion"), and in support thereof, would respectfully show:

1. Petitioner is a limited liability company organized and existing under the laws of the State of Tennessee and is authorized to do business in the State of Mississippi.

2. Jarves Deondre Shelby, Respondent herein, is a citizen and resident of Hinds County, Mississippi.

3. Petitioner holds a certain Rental Purchase Agreement and Disclosure Statement (60 month) (hereinafter referred to as the "Agreement" and attached hereto and incorporated herein as **Exhibit 1**) executed by Jarves Deondre Shelby (hereinafter referred to as Debtor) on or about December 4, 2024. Under the specific terms of the Agreement, Debtor agreed to lease personal property, specifically a 10' x 16' Portable Utility Storage Building bearing serial no. UUTX-237658-1016-72224 from Petitioner (hereinafter referred to as "Building"). Also, under the terms of the Agreement, Debtor's total monthly lease payment was $173.04 (including applicable taxes) per month, and in exchange, he would have access and use of the Building.

4. On April 14, 2026, the Chapter 13 Plan was filed (Doc. 2) with Petitioner properly listed on Part 6: Executory Contracts and Unexpired Leases as Summit Management Group to be assumed, with ongoing post-petition payments to be disbursed by the Respondent directly to the Petitioner. Summit Management Group, Inc. is the management group that accepts payments for Volunteer Buildings, LLC.

5. As of the date of Debtor's Chapter 13 filing, Debtor was in default in the amount of $386.08. As of today's date, Debtor has post-petition default in the amount of $945.20.

6. Petitioner is entitled to possession of the subject collateral by reason of Debtor's default.

7. But for the automatic stay the Debtor received pursuant to the filing of the bankruptcy petition, Petitioner would be entitled to possession of its collateral pursuant to the terms of the Rental Purchase Agreement and Disclosure Statement and all other applicable laws in the State of Mississippi.

WHEREFORE, Petitioner prays:

1. That it be granted relief from the § 362 automatic stay herein to take possession of the subject collateral.

2. That the provisions of Rule 4001(a)(4) be waived.

**RESPECTFULLY SUBMITTED**, this the 10th day of September, 2026.

Volunteer Buildings, LLC
HAGWOOD AND TIPTON, PC

BY: */s/ Michael E. Phillips*
Michael E. Phillips (MSBN 100119)
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: 601-608-6300
Facsimile: 601-362-3642
Email: mphillips@hatlawfirm.com
*Attorney for* Volunteer Buildings, LLC

**CERTIFICATE OF SERVICE**

I do hereby certify that on this date I served a copy of the foregoing upon counsel of record by having employees of Hagwood and Tipton, PC, acting at my direction, file the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record as follows:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
*Attorney for Debtor*

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201
*Trustee*

And, via U. S. Mail, postage prepaid and properly addressed to the following non-ECF recipient:

Jarves Deondre Shelby
3831 Henderson Rd
Byram, MS 39272
*Debtor*

This, the 10th day of September, 2026.

*/s/ Michael E. Phillips*
Michael E. Phillips