MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: JARVES DEONDRE SHELBY

Debtor(s)

Case No.: 26-01034-JAW

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Volunteer Buildings, LLC, a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

- [x] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/10/2026

/s/ Michael E. Phillips
Attorney Signature

Michael E. Phillips
Attorney Name

100119
State Bar Number

124 One Madison Plaza, Suite 2300
Address

Madison, MS 39110
City, State, and Zip Code

7316416848
Telephone Number

mphillips@hatlawfirm.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**