**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jarves Deondre Shelby, Debtor** **Case No. 26-01034-JAW**
**CHAPTER 13**

# RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, Volunteer Buildings, LLC's Motion for Relief from Automatic Stay (Dk #31) as follows:

1. Debtor commenced this case on 04/14/2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor agrees to surrender the 10' x 16' Portable Utility Storage Building bearing serial no. UUTX-237658-1016-72224 and reject the lease related thereto.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on September 21, 2026, to:

By USPS First Class Mail:

Volunteer Buildings, LLC
c/o Hagwood and Tipton, P.C.
P.O. Box 726
Paris, TN 38242

By Electronic CM/ECF Notice:

Michael Earl Phillips on behalf of Creditor Volunteer Buildings, LLC

Torri P. Martin, Chapter 13 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.