**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JARVES DEONDRE SHELBY** | ) | |
| | ) | |
| | ) | **CASE NO. 26-01034-JAW** |
| **Debtor.** | ) | **CHAPTER 13** |

**<u>AGREED ORDER LIFTING STAY</u>**

THIS MATTER comes before the Court upon the Motion for Relief from Automatic Stay ("Motion"), filed on September 10, 2026 (Doc. 31), seeking relief from the stay filed by the Creditor, Volunteer Buildings, LLC. Relief is sought due to nonpayment pursuant to the terms of the Rental Purchase Agreement dated December 4, 2024. The property is a 10' x 16' Portable Utility Storage Building bearing serial no. UUTX-237658-1016-72224.

IT APPEARING to the Court that,

The parties have agreed as set herein, as evidenced by the signatures of the Attorney for the Debtor and the Creditor. Torri Parker Martin, Chapter 13 Trustee ("Trustee"), does not object to the terms of the resolution.

**NOW THEREFORE, WITH THE CONSENT OF THE PARTIES SUBSCRIBED HERETO, IT IS HEREBY ORDERED that:**

1. The Plan is considered modified to reject the lease under Part 6: Executory Contracts and Unexpired Leases.

2. The stay is terminated regarding the retrieval of the 10' x 16' Portable Utility Storage Building bearing serial no. UUTX-237658-1016-72224.

3. The provisions of Rule 4001(a)(4) will be waived.

4. Creditor agrees to file an Amended Proof of Claim within 90 days of the entry of this order reflecting the deficiency balance upon pickup of the building to be classified as a general unsecured claim.

Considering the foregoing, it is agreed that the Motion for Relief from Automatic Stay is conditionally resolved.

###

CONSENTED TO AND AGREED:

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236
Attorney for Debtor

*/s/ Michael E. Phillips*
Michael E. Phillips (MSBN 100119)
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Attorney for Volunteer Buildings, LLC

No Opposition:

/s/ *Semoune Ellis*
Staff Attorney For
Torri Parker Martin
200 North Congress Street, Ste. 400
Jackson, MS 39201
Trustee