United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01034-JAW
Jarves Deondre Shelby Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 25, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Jarves Deondre Shelby, 3831 Henderson Rd, Byram, MS 39272-4411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John S. Simpson | on behalf of Creditor Hope Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Karen A. Maxcy | on behalf of Creditor Hope Federal Credit Union karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Michael Earl Phillips | on behalf of Creditor Volunteer Buildings LLC mphillips@hatlawfirm.com, cgoogins@hatlawfirm.com;lcarson@hatlawfirm.com;crobinett@hatlawfirm.com |
| Patrick Gray | on behalf of Creditor Twin City Rentals LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jarves Deondre Shelby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | |
|---|---|
| | nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JARVES DEONDRE SHELBY** | ) | |
| | ) | |
| | ) | **CASE NO. 26-01034-JAW** |
| **Debtor.** | ) | **CHAPTER 13** |

**AGREED ORDER LIFTING STAY**

THIS MATTER comes before the Court upon the Motion for Relief from Automatic Stay ("Motion"), filed on September 10, 2026 (Doc. 31), seeking relief from the stay filed by the Creditor, Volunteer Buildings, LLC. Relief is sought due to nonpayment pursuant to the terms of the Rental Purchase Agreement dated December 4, 2024. The property is a 10' x 16' Portable Utility Storage Building bearing serial no. UUTX-237658-1016-72224.

IT APPEARING to the Court that,

The parties have agreed as set herein, as evidenced by the signatures of the Attorney for the Debtor and the Creditor. Torri Parker Martin, Chapter 13 Trustee ("Trustee"), does not object to the terms of the resolution.

**NOW THEREFORE, WITH THE CONSENT OF THE PARTIES SUBSCRIBED HERETO, IT IS HEREBY ORDERED that:**

1. The Plan is considered modified to reject the lease under Part 6: Executory Contracts and Unexpired Leases.

2. The stay is terminated regarding the retrieval of the 10' x 16' Portable Utility Storage Building bearing serial no. UUTX-237658-1016-72224.

3. The provisions of Rule 4001(a)(4) will be waived.

4. Creditor agrees to file an Amended Proof of Claim within 90 days of the entry of this order reflecting the deficiency balance upon pickup of the building to be classified as a general unsecured claim.

Considering the foregoing, it is agreed that the Motion for Relief from Automatic Stay is conditionally resolved.

###

CONSENTED TO AND AGREED:

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236
Attorney for Debtor

*/s/ Michael E. Phillips*
Michael E. Phillips (MSBN 100119)
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Attorney for Volunteer Buildings, LLC

No Opposition:

/s/ *Semoune Ellis*
Staff Attorney For
Torri Parker Martin
200 North Congress Street, Ste. 400
Jackson, MS 39201
Trustee