**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 29, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JARVES DEONDRE SHELBY** | ) | |
| | ) | |
| | ) | |
| | ) | **Case Number: 26-01034-JAW** |
| | ) | |
| **DEBTOR.** | ) | **Chapter 13** |

**AGREED ORDER ON OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN**

Creditor, TWIN CITY RENTALS, LLC ("Creditor"), and Debtor, Jarves Shelby ("Debtor"), advised the Court of an agreement settling Creditor's Objection to Confirmation of Debtor's Proposed Plan (Doc 17). Upon the agreement of counsel for Creditor and Debtor, and for good cause shown, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

Debtor shall surrender the subject utility trailer, one (1) 6 x 18 Utility Trailer (VIN # 7NRBF1826PFO13147) located at 3831 Henderson Road, Jackson, Mississippi 39272 and

Creditor is free to take all necessary actions, including communication with Debtor, to effect repossession of the subject utility trailer.

##END OF ORDER##

This Order was prepared by:

/s/ Patrick O. Gray (MS Bar # 104030)
Patrick O. Gray
Attorney for Movant
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
patrick@gray-lawgroup.com

Agreed to by:
/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com
Via Regular Mail

Approved by:

/s/ Semoune Ellis, Attorney for
Torri Parker Martin
Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201
601-981-9100
Email: tpm@tpmartinch13.com