United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01034-JAW
Jarves Deondre Shelby Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Jarves Deondre Shelby, 3831 Henderson Rd, Byram, MS 39272-4411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John S. Simpson | on behalf of Creditor Hope Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Karen A. Maxcy | on behalf of Creditor Hope Federal Credit Union karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Michael Earl Phillips | on behalf of Creditor Volunteer Buildings LLC mphillips@hatlawfirm.com, cgoogins@hatlawfirm.com;lcarson@hatlawfirm.com;crobinett@hatlawfirm.com |
| Patrick Gray | on behalf of Creditor Twin City Rentals LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jarves Deondre Shelby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | |
|---|---|
| | nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JARVES DEONDRE SHELBY** | ) | |
| | ) | |
| | ) | |
| | ) | **Case Number: 26-01034-JAW** |
| | ) | |
| **DEBTOR.** | ) | **Chapter 13** |

**<u>AGREED ORDER ON OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN</u>**

Creditor, TWIN CITY RENTALS, LLC ("Creditor"), and Debtor, Jarves Shelby ("Debtor"), advised the Court of an agreement settling Creditor's Objection to Confirmation of Debtor's Proposed Plan (Doc 17). Upon the agreement of counsel for Creditor and Debtor, and for good cause shown, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

Debtor shall surrender the subject utility trailer, one (1) 6 x 18 Utility Trailer (VIN # 7NRBF1826PFO13147) located at 3831 Henderson Road, Jackson, Mississippi 39272 and

Creditor is free to take all necessary actions, including communication with Debtor, to effect repossession of the subject utility trailer.

##END OF ORDER##

This Order was prepared by:

/s/ Patrick O. Gray (MS Bar # 104030)
Patrick O. Gray
Attorney for Movant
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
patrick@gray-lawgroup.com

Agreed to by:
/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com
Via Regular Mail

Approved by:

/s/ Semoune Ellis, Attorney for
Torri Parker Martin
Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201
601-981-9100
Email: tpm@tpmartinch13.com