United States Bankruptcy Court
Southern District of Mississippi

In re: Jarves Deondre Shelby
Debtor

Case No. 26-01034-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: admin | Page 1 of 3
Date Rcvd: Oct 06, 2026 | Form ID: n032 | Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarves Deondre Shelby, 3831 Henderson Rd, Byram, MS 39272-4411 |
| cr | + | Twin City Rentals, LLC, c/o Patrick O. Gray, Gray Law Group, 1490 Northbank Parkway, Suite 263, Tuscaloosa, AL 35406 UNITED STATES 35406-2440 |
| 5721223 | | Michael Earl Phillips, Esq., Hagwood and Tipton PC, for Volunteer Buildings, LLC, 124 Madison Plaza Suite 2300, Madison MS 39110 |
| 5651868 | + | Twin City Trailers, P.O. Box 5117, South Fulton, TN 38257-0117 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 20:06:18 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 06 2026 20:01:00 | Hope Federal Credit Union, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Email/Text: lcarson@hatlawfirm.com | Oct 06 2026 20:01:00 | Volunteer Buildings, LLC, c/o Hagwood and Tipton, PC, P.O. Box 726, Paris, TN 38242-0726 |
| 5651862 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 06 2026 20:01:00 | Bridgecrest Acceptance, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 5653218 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 20:06:18 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5651863 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2026 20:06:20 | Capital Bank N.A., 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 5651864 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 06 2026 20:01:00 | Hope Fcu, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5684240 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 06 2026 20:01:00 | Hope Federal Credit Union, Bankruptcy Department, 1 Corporate Drive, Suite 360, Lake Zurich IL 60047-8924 |
| 5687795 | | Email/Text: rboone@simpsonlawfirm.net | Oct 06 2026 20:01:00 | Hope Federal Credit Union, c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 5687896 | ^ | MEBN | Oct 06 2026 19:55:56 | John S. Simpson, Esq., Simpson Law Firm PA, for Hope Federal Credit Union, P.O. Box 2058, Madison MS 39130-2058 |
| 5660736 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 06 2026 20:01:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, for Hope Federal Credit Union, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 5651865 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 20:06:11 | LVNV Funding LLC, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5661609 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 06 2026 20:06:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5651866 | | Email/Text: collections@memexcu.com | Oct 06 2026 20:01:00 | Members Exchange, P.O. Box 31049, Jackson, MS 39286-1049 |
| 5691216 | + | Email/Text: collections@memexcu.com | Oct 06 2026 20:01:00 | Members Exchange Federal Credit Union, P O Box 31049, Jackson MS 39286-1049 |
| 5705448 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 06 2026 20:01:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5664337 | | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2026 20:01:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5653693 | + | Email/Text: newbk@Regions.com | Oct 06 2026 20:01:00 | Regions Bank, PO Box 10063, Birmingham AL 35202-0063 |
| 5651867 | + | Email/Text: lcarson@hatlawfirm.com | Oct 06 2026 20:01:00 | Summit Management Grou, P.O. Box 489, Milan, TN 38358-0489 |
| 5664207 | + | Email/Text: lcarson@hatlawfirm.com | Oct 06 2026 20:01:00 | Volunteer Buildings, LLC, c/o Hagwood and Tipton, P.C., PO BOX 726, Paris, TN 38242-0726 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hope Federal Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Hope Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Karen A. Maxcy | on behalf of Creditor Hope Federal Credit Union karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Michael Earl Phillips | on behalf of Creditor Volunteer Buildings LLC mphillips@hatlawfirm.com, cgoogins@hatlawfirm.com;lcarson@hatlawfirm.com;crobinett@hatlawfirm.com |

| | |
|---|---|
| Patrick Gray | on behalf of Creditor Twin City Rentals LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jarves Deondre Shelby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01034−JAW
**Chapter:** 13

**In re:**

Jarves Deondre Shelby
3831 Henderson Rd
Byram, MS 39272

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/6/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 6, 2026

Danny L. Miller, Clerk of Court