**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**JARVES DEONDRE SHELBY** **CASE NO. 26-01034-JAW**

**CERTIFICATE OF SERVICE**

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the **AMENDED ORDER UPON EMPLOYER** (Dkt. #49) to the following, by first-class U.S. Mail:

**Employer:**

CLARK GAS CO., INC
ATTN: PAYROLL
4525 PARKWAY DR.
FLORENCE, AL 35630

DATED: October 26, 2026

/s/*Torri Parker Martin*
Standing Chapter 13 Bankruptcy Trustee